IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIE WILLIAMS,          § | |
|     Plaintiff,       § | |
| § | |
| vs.                       § | CIVIL ACTION NO. 4:10-CV-01244 |
| § | |
| HARTFORD LLOYDS INSURANCE § | JURY |
| CO.,                      § | |
|     Defendant.      § | |

**PLAINTIFF'S NOTICE OF APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

    Please take notice that Shampa C. Mukerji of The Mostyn Law Firm hereby enters an appearance as counsel for Plaintiff in the above referenced matter.

    Respectfully submitted,

    THE MOSTYN LAW FIRM

     /s/ *Shampa C. Mukerji*
    Shampa C. Mukerji
    State Bar No. 24053139
    Federal Bar No. 1045829
    3810 W. Alabama Street
    Houston, Texas 77027
    (713) 861-6616 (Office)
    (713) 861-8084 (Facsimile)

    **ATTORNEY-IN-CHARGE FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record on this 16th day of September, 2010 pursuant to the Federal Rules of Civil Procedure:

                                                         _/s/  Shampa C. Mukerji_
                                                         Shampa C. Mukerji